## UNITED STATES v. UWANAWICH.*
### No. 178.

Circuit Court of Appeals, Second Circuit.
Jan. 23, 1939.

Rehearing Denied March 1, 1939.

*Writ of certiorari denied 59 S.Ct. 775, 83 L.Ed. ——.

Louis J. Castellano and Kenneth Vought, both of Brooklyn, N. Y. (Arthur L. Burchell and Louis J. Castellano, both of Brooklyn, N. Y., of counsel), for appellant.

George Gordon Battle, of New York City, for appellant on rehearing.

Michael F. Walsh, U. S. Atty., of Brooklyn, N. Y. (Vine H. Smith, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

On Rehearing before SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Judgment affirmed.

### On Petition for Rehearing.

PER CURIAM.
The petition for rehearing is denied.

If the evidence obtained by search of the defendant's automobile was legally obtained, the defendant's guilt was for the jury. According to the government's witness, he was invited by the defendant to make the search. Apparently the trial judge credited this testimony; indeed, there was no direct denial of it. Accordingly we adhere to our affirmance of the judgment.